

# NUMBER 13-23-00431-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| KATHERINE TIFFANY, | Appellant, |
| v. | |
| MELANIE VAN MAREN, | Appellee. |

## On appeal from a Justice Court, Precinct 1, Place 3 of Nueces County, Texas.

## MEMORANDUM OPINION

### Before Justices Longoria, Silva, and Peña
### Memorandum Opinion by Justice Silva

Appellant, Melanie Van Maren, attempted to appeal a judgment in cause number 20EV-0211-JP13. Upon review of the documents before the Court, it appears there is no final, appealable order. On October 12, 2023, the Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3. Appellant was advised that, if the defect was not corrected within

ten days from the date of receipt of this notice, the appeal would be dismissed for want of jurisdiction. Appellant failed to respond to the Court's notice or otherwise cure this defect.

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. *See id.* Accordingly, the appeal is dismissed for want of jurisdiction. *id.* R. 42.3(a), (c).

CLARISSA SILVA
Justice

Delivered and filed on the
25th day of January, 2024.

2